IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Edwina Redmond, : 
                Appellant : 
                 :   No.  755 C.D. 2017
          v. : 
                 : 
Commonwealth of Pennsylvania, : 
Department of Transportation a/k/a : 
PennDOT and The City of Philadelphia : 
and Southeastern Pennsylvania : 
Transportation Authority and : 
Tony DePaul & Son and : 
Carr and Duff, Inc. : 

## ***ORDER***

AND NOW, this 5th day of October, 2018, it is ORDERED that the above-captioned opinion filed July 26, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge